**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mt. Hawley Insurance Co., an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Total Building Systems, Inc., an Arizona Corporation,<br><br>　　　　Defendant. | No. CV-06-2473-PCT-NVW<br><br>**DECLARATORY JUDGMENT** |

The court having entered its order this day granting in part and denying in part the motions for summary judgment of both parties,

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. For purposes of this Declaratory Judgment, the following words have the following meanings:

    a. "Plaintiff's Policy" means Plaintiff's Policy No. MGL0135695, with a policy term running from April 23, 2003 to April 23, 2004.

    b. "Underlying Action" means Civil Cause No S-0300-CV-20060083 in the Superior Court of Arizona, Coconino County.

2. Plaintiff Mt. Hawley Insurance Co. is not obligated under Plaintiff's Policy to defend or indemnify Defendant Total Building Systems, Inc., or to pay any judgment or award of damages in the Underlying Action.

1  3. Plaintiff's Policy does not provide coverage for the claims made by Linthicum Constructors, Inc., against Defendant Total Building Systems, Inc., in the Underlying Action.

4. Plaintiff Mt. Hawley Insurance Co. is entitled to the declarations in paragraphs 2 and 3 above because the coverage that otherwise would apply with respect to the claims in the Underlying Action was voided by Defendant Total Building Systems, Inc.'s failure to meet the Contractors–Conditions of Coverage endorsement of Plaintiff's Policy.

5. Plaintiff Mt. Hawley Insurance Co. is not absolved from any duty to defend or to indemnify Defendant Total Building Systems, Inc., in the Underlying Action, by virtue of the Exclusion–Residential Development & Condominiums endorsement in Plaintiff's Policy.

6. Plaintiff Mt. Hawley Insurance Co. is not entitled to rescission of Plaintiff's Policy on the ground of the development being misunderstood as a hotel or on the ground of it being a residential development.

Dated: July 14, 2008.

_____
Neil V. Wake
United States District Judge

- 2 -